TODD A. ROBERTS (SBN 129722)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701

Attorneys for Defendant
AVALANCHE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVALANCHE CORPORATION, a Florida corporation,<br><br>Defendant. | CASE NO. C08 04792 MMC<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>AND ORDER THEREON |

Defendant AVALANCHE CORPORATION hereby substitutes Todd A. Roberts of Ropers Majeski Kohn & Bentley, 1001 Marshall Street, Suite 300, Redwood City, California 94063, in place and stead of Brian T. Hafter and James E. Doroshow of Liner, Yankelevitz, Sunshine & Regenstreif.

Dated: December 19, 2008

AVALANCHE CORPORATION

By: _____
ACHILLES THOMAS

RCI/5232201.1/RS

SUBSTITUTION OF ATTORNEY
C08 04792 MMC

```
 1    We consent to the above substitution:
 2    Dated: December 18, 2008          LINER YANKELEVITZ SUNSHINE &
                                        REGENSTREIF
 3
 4                                      By: _____
 5                                          BRIAN T. HAFTER
                                            JAMES E. DOROSHOW
 6
 7
 8
      We accept the above substitution.
 9
      Dated: December 18, 2008          ROPERS, MAJESKI, KOHN & BENTLEY
10
11
                                        By: _____
12                                          TODD A. ROBERTS
                                            Attorneys for Defendant
13                                          AVALANCHE CORPORATION
14
15
16
17
18
19
20
21
22
23   Dated: January 21, 2009            IT IS SO ORDERED
24                                      [signature]
                                        Judge Maxine M. Chesney
25                                      UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
26
27
28
```

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RCI/5232201.1/RS                    - 2 -              SUBSTITUTION OF ATTORNEY
                                                       C08 04792 MMC