1  Robert W. Payne (Bar No. 073901)
   rpayne@lgpatlaw.com
2  Scott J. Allen (Bar No. 178925)
   sallen@lgpatlaw.com
3  LARIVIERE, GRUBMAN & PAYNE LLP
   19 Upper Ragsdale Drive, Suite 200
4  Post Office Box 3140
   Monterey, CA  93942-3140
5  Telephone: 831-649-8800
   Fax:  831-649-8835
6
   Attorneys for Plaintiff
7  MONSTER CABLE PRODUCTS, INC.

8  Todd A. Roberts (SBN 129722)
   troberts@ropers.com
9  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
10 Redwood City, CA 94063
   Telephone: 650-364-8200
11 Fax: 650-780-1701

12 Timothy L. Skelton (SBN 200432)
   tskelton@rmkb.com
13 ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
14 Los Angeles, CA 90071-2213
   Telephone: 213-312-2000
15 Fax: 213-312-2001

16 Attorneys for Defendant
   AVALANCHE CORPORATION

17

18                   UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 | MONSTER CABLE PRODUCTS, | CASE NO.  C08 04792 MMC
   | INC., a California Corporation, |
22 |                                  |
   |        Plaintiff,                |
23 |                                  |
   | v.                               | **STIPULATION AND REQUEST**
24 |                                  | **FOR ORDER EXTENDING ENE**
   | AVALANCHE CORPORATION, a         | **DEADLINE**
25 | Florida corporation,             |
   |                                  | AND ORDER THEREON
26 |        Defendant.                |

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

The parties seek a short extension of the deadline to conduct an Early Neutral Evaluation.

The parties have conferred with each other, and have conferred with Mitchell Zimmerman, the Early Neutral Evaluator assigned to this case. The ENE deadline is currently set for April 27, 2009  The first mutually convenient date for the parties and Mr. Zimmerman, however, is April 29. The parties therefore jointly request that the Court issue an order extending the ENE deadline until that date.

Dated: March 25, 2009          LARIVIERE, GRUBMAN & PAYNE, LLP

By: _____/s/_____
    Scott J. Allen
    Attorneys for Plaintiff

Dated: March 25, 2009          ROPERS, MAJESKI, KOHN & BENTLEY

By: _____/s/_____
    Todd A. Roberts
    Attorneys for Defendant

## ORDER

The ENE deadline is continued until April 29, 2009.

**IT IS SO ORDERED.**

Dated: March 26, 2009



Hon. Maxine M. Chesney
United States District Court Judge