Robert W. Payne (Bar No. 073901)
rpayne@lgpatlaw.com
Scott J. Allen (Bar No. 178925)
sallen@lgpatlaw.com
LARIVIERE, GRUBMAN & PAYNE LLP
19 Upper Ragsdale Drive, Suite 200
Post Office Box 3140
Monterey, CA  93942-3140
Telephone: 831-649-8800
Fax:  831-649-8835

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California Corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>AVALANCHE CORPORATION, a Florida corporation,<br><br>           Defendant.<br>_____<br>AVALANCHE CORPORATION, a Florida corporation,<br><br>           Counter-Claimant,<br><br>     vs.<br><br>MONSTER CABLE PRODUCTS, INC., a California Corporation,<br><br>           Counter-Defendant. | Case No: 3:08-cv-04792-MMC<br><br>**STIPULATION OF DISMISSAL; AND [PROPOSED] ORDER** |

Case No: 3:08-cv-04792-MMC
STIPULATION OF DISMISSAL; AND
[PROPOSED] ORDER

1

Plaintiff, Monster Cable Products, Inc. and Defendant, Avalanche Corporation, acting by and through the undersigned counsel of record, hereby stipulate and agree that this case, and all of the respective claims or counterclaims asserted by the parties, should be dismissed with prejudice.

Dated: April 29, 2009				LARIVIERE, GRUBMAN & PAYNE, LLP


						By:  /s/ Scott J. Allen
						    Scott J. Allen
						    Attorneys for Plaintiff/Counter-Defendant
						    MONSTER CABLE PRODUCTS, INC.


Dated: April 29, 2009				ROPERS, MAJESKI, KOHN & BENTLEY


						By:  /s/ Todd A. Roberts (as authorized on
						       4/29/09)
						    Todd A. Roberts
						    Timothy L. Skelton
						    Attorneys for Defendant/Counter-Claimant
						    AVALANCHE CORPORATION

## ORDER

**IT IS SO ORDERED.**

Dated: April 30, 2009

						_____
						Hon. Maxine M. Chesney
						United States District Court Judge

Case No: 3:08-cv-04792-MMC
STIPULATION OF DISMISSAL; AND
[PROPOSED] ORDER